IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAJAUN SAUNDERS, :
:
    Plaintiff :
: CIVIL NO. 1:CV-16-0639
vs. :
: (Judge Caldwell)
LISA A. SWIFT, *et al.*, :
:
    Defendants :

*O R D E R*

AND NOW, this 22nd day of March, 2017, in accordance with the accompanying memorandum, it is ORDERED that:

    1. Defendant Swift's Motion to Dismiss (ECF No. 15) is DENIED.

    2. Discovery in this case shall be completed by Friday, September 15, 2017.  (This case is on the standard track.)

    3. All pre-trial motions shall be filed by Monday, October 16, 2017, accompanied by a supporting brief.

    4. Trial in this case will be set after the date for filing motions has passed or after motions that are filed are decided.

                              <u>/s/ William W. Caldwell</u>
                                William W. Caldwell
                                United States District Judge